[UftXrCA/
Andres Ramos Jr.
 12D3 Lance Drive
 Eagle Pass. TX 78852
 83n.333.D3D8

Jan. 23.2D15

Re: Appeal case # 322Q

Fourth Court of Appeals:

I, Andres Ramos, would like to kindly ask this court for an extension to file the
brief. Ihave tried very hard to comply, but Ihave not been very successful.
Please aiiow me more time.

Thanks for all your help.

 >•
 ' — \
 -••

 f/--

 . Andres Ramos Jr. \ -7-C-)

 CTj
 ro

 . ,;••.
 -o ±- ''••;-;
P.S. May God Bless All of You.
 •